| | |
|---|---|
| Michael D. Braun (State Bar No. 167416)<br>KUZYK LAW, LLP<br>2121 Avenue of the Stars, Ste. 800<br>Los Angeles, California 90067<br>Telephone: 213.401.4100<br>Facsimile: 213.401.0311<br>Email: mdb@kuzykclassactions.com<br><br>*Attorneys for Plaintiff*<br>Marlo Pantaleon | Sabrina A. Larson (State Bar No. 291661)<br>Leeza Arbatman (State Bar No. 347753)<br>COBLENTZ PATCH DUFFY & BASS LLP<br>One Montgomery Street, Suite 3000<br>San Francisco, California 94104-5500<br>Telephone: 415.391.4800<br>Facsimile: 415.989.1663<br>Email:   ef-szl@cpdb.com<br>            ef-ela@cpdb.com<br><br>*Attorneys for Defendant*<br>EverCare Partners LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARLO PANTALEON on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>EVERCARE LLC and<br>EVERCARE PARTNERS, LLC,<br><br>   Defendants. | Case No. 4:25-CV-01905-DMR<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Magistrate Judge Donna M. Ryu<br><br>Initial CMC:      June 4, 2025<br>Trial Date:        None Set |

Pursuant to Fed. R. Civ. P. 6-1(b) and L. Civ. R. 6-2 of the United States District Court for the Northern District of California, Defendant EverCare Partners, LLC ("Defendant")[1] and Plaintiff Marlo Pantaleon ("Plaintiff") (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on February 23, 2025, Plaintiff filed a complaint in the United States District Court for the Northern District of California, Case No. 25-CV-01905 (the "Complaint") (ECF No. 1);

WHEREAS, on March 17, 2025, Plaintiff filed an amended complaint in the United States

---

[1] As the Parties have discussed, EverCare LLC is not an entity associated with Defendant, which is the entity that sells the product at issue in Plaintiff's complaint. As it is not an existent entity, Defendant's undersigned counsel does not represent it.

District Court for the Northern District of California, Case No. 25-CV-01905 (the "Amended Complaint") (ECF No. 10), which named EverCare Partners, LLC as a defendant;

WHEREAS, Plaintiff served the Amended Complaint on Defendant's agent on March 19, 2025 (ECF No. 13);

WHEREAS, due to the delay in Defendant's receipt of the Amended Complaint and to allow time for the Parties to meet and confer, the Parties initially stipulated to extend the deadline for Defendant to respond to the Complaint to May 14, 2025 (Dkt. No. 16);

WHEREAS, the parties are continuing to explore potential resolution and agree that additional time will facilitate these discussions;

WHEREAS, Defendant shall now have until June 13, 2025 to file its response to the Amended Complaint;

WHEREAS, this is the Parties' second request to modify the response deadline, and because the case was recently initiated, the extension will have no effect on the case schedule;

WHEREAS, the Parties also request the Court to continue the Initial Case Management Conference, currently set for June 4, 2025, to a date in late June or July 2025, subject to the Court's availability, also to permit the Parties time to explore potential resolution and to continue the Conference to a date after Defendant's deadline to respond to the Complaint;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant's time to file its response to Plaintiff's Amended Complaint is extended up to and including June 13, 2025, and that the Initial Case Management Conference, currently scheduled for June 4, 2025, is continued to a date in late June or July 2025, subject to the Court's availability.

IT IS SO STIPULATED.

DATED: May 9, 2025                    COBLENTZ PATCH DUFFY & BASS LLP


By:    /s/ Sabrina A. Larson
       SABRINA A. LARSON
       *Attorneys for Defendant*
       EverCare Partners LLC

DATED: May 9, 2025                    KUZYK LAW, LLP


By:    /s/ Michael D. Braun
       MICHAEL D. BRAUN
       *Attorneys for Plaintiff*
       Marlo Pantaleon

**ORDER (AS MODIFIED)**

For good cause shown, the Parties' request to extend the deadline for Defendant to respond to Plaintiff's Amended Complaint and to continue the Initial Case Management Conference is **GRANTED**. Defendant's response to Plaintiff's Amended Complaint shall be filed by June 13, 2025. The Initial Case Management Conference set for June 4, 2025 at 1:30 p.m. is vacated and continued to July 2, 2025 at 1:30 p.m. in Oakland, by Videoconference only. Parties shall file a joint case management conference statement by June 25, 2025.

**IT IS SO ORDERED AS MODIFIED**.

DATED:  May 9, 2025



_____
Chief Magistrate Judge Donna M. Ryu

## ATTESTATION OF FILER

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 9, 2025               COBLENTZ PATCH DUFFY & BASS LLP


By:   */s/ Sabrina A. Larson*
　　　SABRINA A. LARSON
　　　Attorneys for Defendant
　　　EverCare Partners LLC